**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA, *ex rel*.

JOHN DOE,

    *Plaintiff*,

v.

UNIVERSITY RESEARCH CO. LLC,

    *Defendant*.

**Docket No. 22-cv-03164**

**UNDER SEAL**

**ORDER**

Upon the application of Relator Doe to maintain anonymity due to fear of violence, IT IS HEREBY ORDERED as follows:

1. Good cause having been shown for the relief requested herein, the name of Relator shall in all publicly filed or publicly available documents with respect to this action be conveyed as the fictitious name "John Doe" in place of his actual name;

2. All documents filed in this action prior to the entry of this Order shall remain under seal and not be made public, except for, the First Amended Complaint, the redacted copy of the United States' Notice of Election to Decline Intervention, the redacted copy of the Order accompanying the United States' Notice of Election to Decline Intervention, and this Order.

3. Upon the unsealing of the complaint, the seal shall be lifted as to all matters occurring in this action subsequent to the date of this Order.

1

DATED:  April 20, 2026       SO ORDERED:
   New York, New York

_____

HONORABLE VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

2