**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel*. JOHN DOE,<br><br>        *Plaintiffs*,<br><br>v.<br><br>UNIVERSITY RESEARCH CO., LLC,<br><br>        *Defendant*. | **ORDER**<br><br><br>Case No. 22-CV-3164 (VSB) |

**<u>ORDER</u>**

Upon consideration of Relator's notice of voluntary dismissal without prejudice for the claims contained in the complaint, and the United States' consent to dismissal, it is this 6th day of May, 2026, hereby **ORDERED** that the Plaintiff's motion is **GRANTED** and that the claims in the complaint are dismissed without prejudice as to the relator and the United States.

_____
Vernon S. Broderick
United States District Judge

1